

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING <br><br> <u>U.S. v. SALIH M. SAMIM TOTAKHIL,</u> 8:22MJ148 | July 8, 2025 |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT <br> DISTRICT OF NEBRASKA | John E. Higgins, AUSA |

Be advised that the above named Defendant(s) is/are now in custody.  You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**