IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SALIH M. SAMIM TOTAKHIL,
a/k/a SALIH MOHAMMAD MOHAMMAD,

Defendant.

8:25CR141

INDICTMENT

The Grand Jury charges that

## COUNT I

On or about March 19, 2022, and continuing to at least on or about March 31, 2022, in the District of Nebraska and elsewhere, SALIH M. SAMIM TOTAKHIL, a/k/a SALIH MOHAMMAD MOHAMMAD, the defendant herein, did remove and attempt to remove a child from the United States with the intent to obstruct the lawful exercise of another person's parental rights.

All in violation of Title 18, United States Code, Section 1204.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By:
JOHN E. HIGGINS, #19546
Assistant U.S. Attorney

1